**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**KYLE SIMS,**

        **Plaintiff,**

    **v.**                    **Civil Action 2:25-cv-1445**
                                      **Chief District Judge Sarah D. Morrison**
                                        **Magistrate Judge Kimberly A. Jolson**

**NETJETS, INC.,**

        **Defendant.**

## OPINION AND ORDER

Before the Court is Plaintiff's Motion for Leave to File Second Amended Complaint. (Doc. 10). Plaintiff indicates that Defendant does not oppose his request. (*Id.*). Plaintiff seeks leave to amend to add claims for sexual orientation discrimination. (*Id.*). Rule 15(a)(2) of the Federal Rules of Civil Procedure provides that when a party seeks leave of court to file an amended pleading, "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). This rule, which allows a liberal policy in favor of granting amendments, "reinforce[s] the principle that cases 'should be tried on their merits rather than the technicalities of pleadings.'" *Inge v. Rock Fin. Corp.*, 388 F.3d 930, 936 (6th Cir. 2004) (quoting *Moore v. City of Paducah*, 790 F.2d 557, 559 (6th Cir. 1986)). Because the deadline to amend has passed, Plaintiff must also show good cause under Rule 16 of the Federal Rules of Civil Procedure.

Considering the liberal policy in favor of amendment, the current circumstances, and Defendant's non-opposition, the Court finds good cause for leave to amend. The Court **GRANTS** Plaintiff's Motion. The Clerk is **DIRECTED** to detach and file Docs. 10-1, 10-2, 10-3.

IT IS SO ORDERED.

Date:  July 14, 2026

/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE